# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154086(78)

*In re* J. R. MARTIN, Minor.

SC: 154086
COA: 330231
Wayne CC Family Division:
15-520399-NA

_____/

On order of the Court, the motion for reconsideration of this Court's August 19, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2016



Clerk

d0920